# Exhibit 1

## DEPARTMENT OF HOMELAND SECURITY
## United States Secret Service

### GRIEVANCE FORM

| | | |
|---|---|---|
| 1. GRIEVANT'S NAME<br>Ellis, Rashid | 2. OFFICE/DIVISION<br>OPO/PPD | 3. TELEPHONE NO. (Including Area Code)<br>(305) 890-6654 |
| 4. POSITION TITLE<br>Special Agent | 5. PAY PLAN/SERIES/GRADE<br>GS-13 Step 5 | |
| 6. DESIGNATED REPRESENTATIVE (If Applicable)<br>N/A | 7. ADDRESS & TELEPHONE NO. OF REPRESENTATIVE (Including Area Code)<br>N/A | |
| 8. DATE OF ACTION/INCIDENT/EVENT<br>08/06/2021 | 9. DATE GRIEVANT BECAME AWARE OF ACTION/INCIDENT/EVENT<br>08/06/2021 | |

**10. PERSON(S) INVOLVED (Other than the grievant)**
N/A

**11. SUBJECT OF GRIEVANCE**
Unmerited disqualification from a Hard to Staff Announcement

**12. STATEMENT OF ISSUES (Attach additional sheets if necessary)**

In May of 2020, I relied on written policy and announcement declarations to make career altering bid decisions. On 8/6/21, I recieved final official word that I was deemed ineligible for consideration for a reassignment opportunity based on policy interpretation that contradicted written policy and announcement criteria. As I was unjustly declared ineligible for consideration, I humbly and respectfully request an immediate review of interpretations and applications of policies that have placed me outside of the normal Special Agent Career Progression path. Had I not been unjustly disqualified I would have been selected for the reassignment opportunity. I humbly request that this situation is reviewed and resolved. Please see Attachment A detailing this Grievance and Attachments B through T for supporting documentation.

**13. PERSONAL RELIEF REQUESTED**
Immediate or as soon as possible transfer from OPO/PPD/CSU to OPO/SOD/ASB

**14. DOES GRIEVANCE CONSIST OF AN ACTION NOT COVERED UNDER THE GRIEVANCE, SYSTEM PER POLICY IN HUMAN RESOURCES MANUAL SECTION HUM-09(02)?**
☐ YES   ☒ NO

**15. HAVE YOU COMPLETED INFORMAL EEO COUNSELING AND FILED A FORMAL DISCRIMINATION COMPLAINT WITH THE OFFICE OF EQUITY AND EMPLOYEE SUPPORT SERVICES (EES), OR HAS A COMPLAINT OR APPEAL REGARDING THIS MATTER BEEN FILED WITH THE MERIT SYSTEMS PROTECTION BOARD (MSPB), THE OFFICE OF SPECIAL COUNSEL (OSC), OR THE DEPARTMENTAL INSPECTOR GENERAL (IG)?**
**NOTE:** IF A FORMAL DISCRIMINATION COMPLAINT, OR COMPLAINT OR APPEAL WITH MSPB, OSC, OR THE DEPARTMENTAL IG HAS BEEN FILED, THIS GRIEVANCE MAY NOT BE PROCESSED WHILE SUCH ACTION IS PENDING.
☐ YES   ☒ NO

| 16. GRIEVANT'S SIGNATURE<br>RASHID M ELLIS<br>Digitally signed by RASHID M ELLIS<br>Date: 2021.08.09 10:25:05 -04'00' | 17. DATE<br>08/09/2021 |
|---|---|

SSF 3112 (Rev. 09/2017)   (See reverse side for GRIEVANCE DECISION)




EXHIBIT D-122 1 of 2

**GRIEVANCE DECISION** (To be completed by the Deciding Official)

**16. GRIEVANCE CANCELLED?**  ☐ YES  ☒ NO

IF YES, REASON:

— GRIEVANCE WAS NOT FILED WITHIN FIFTEEN (15) CALENDAR DAYS OF THE DATE THAT THE GRIEVANT FIRST BECAME AWARE OF THE ACTION/INCIDENT/EVENT.

— GRIEVANCE CONSISTS OF A MATTER WHICH IS EXCLUDED FROM THE GRIEVANCE SYSTEM.

— GRIEVANCE DOES NOT PROVIDE SUFFICIENT DETAIL TO IDENTIFY CLEARLY THE MATTER BEING GRIEVED OR THE PERSONAL RELIEF REQUESTED.

— GRIEVANCE REQUESTS THAT DISCIPLINARY OR OTHER DETRIMENTAL ACTION BE TAKEN AGAINST ANOTHER EMPLOYEE, AND NO OTHER APPROPRIATE RELIEF IS REQUESTED.

— GRIEVANT FILED A FORMAL APPEAL, COMPLAINT, OR OTHER CHALLENGE REGARDING THE MATTER GRIEVED.

IF NO, COMPLETE ITEMS 17 AND 17a.

**17. RELIEF GRANTED?**  ☐ YES  ☒ NO

**17a. REASON FOR DECISION (optional) AND/OR TYPE OF RELIEF GRANTED**

SA Ellis is deemed not eligible for the Airspace Security Branch (ASB) assignment for which he recently bid on (Hard to Staff (HTS) - Coordinated GS-1811-11/12/13 Reassignment Opportunities – Summer 2021). These are the relevant facts of the matter:

- SA Ellis started his Phase 2 SOD assignment on 10/16/2016.
- At his three-year mark in SOD in 2019, per policy (HUM 0601), SA Ellis was eligible via the SARC process to elect reassignment (to any identified Phase 2 protection assignment, including PPD) as part of the SOD career progression (see HUM 0601, pg. 5) for an additional three-year assignment (for six-year total protection assignment). He chose not to do so and stayed in SOD for an additional year.
- SA Ellis then bid on JOA vacancy Spr20-Ph2-01 in May 2020 and was selected for his current PPD assignment which he began on 10/25/20.
- The JOA solicitation for the Spring 2020 opportunities stated:

"Candidates selected for a Phase 2 position listed in this JOA will be required to commit to serve a minimum of four years in the position, unless selected for promotion to the GS-14 level."

- While SA Ellis met the three-year minimum protection requirement for the ASB assignment listed on the HTS JOA, he has not completed the four-year requirement for his current PPD assignment (which he willfully bid on in May 2020) and, thus, is not considered eligible for the ASB assignment.

**NOTE:** THIS CONSTITUTES THE COMPLETION OF THE U.S. SECRET SERVICE GRIEVANCE PROCEDURE. THE GRIEVANT HAS NO RIGHT TO FURTHER ADMINISTRATIVE REVIEW.

**18. DECIDING OFFICIAL**
THOMAS A HAMANN
Digitally signed by THOMAS A HAMANN
Date: 2021.08.31 10:40:22 -04'00'

**19. DATE**
08/31/2021

SSF 3112 (Rev. 09/2017)

Save

0497

Page 2 of 2

EXHIBIT# D-1aa
PAGE 2 of 2

Attachment A

DATE: August 9, 2021

REPLY TO
ATTN OF: Special Agent Rashid Ellis

SUBJECT: Attachment A for SSF3112 Grievance Form

TO: Deciding Official

As a result of Official Message: 203.090 Selection for Coordinated GS-1811-11/12/13 Reassignment Opportunities – Summer 2021 dated 8/6/21 (Attachment B) and in accordance with USSS Manual Sections HUM-09(01) (Attachment C), HUM-09(02) (Attachment D), HUM-09(03) (Attachment E), HUM-09(04) (Attachment F) and HUM-09(05) (Attachment G), I respectfully file this Grievance and humbly and respectfully request personal relief in the form of a transfer from OPO/PPD/CSU to OPO/SOD/ASB, on or as near as possible to 9/12/21, due to a misinterpretation of policy and extenuating circumstances that have placed me outside of the normal Special Agent Career Progression path. My Grievance is that as a result of misapplied policy, I was mistakenly disqualified from being considered for a reassignment opportunity I should have been eligible for. Had I not been incorrectly disqualified I would have been selected for the reassignment opportunity. I humbly request that this situation is reviewed and resolved.

In the Spring of 2015, I requested to attend CAT Selection School through my SAIC in MIA from an announcement not much different from Official Message: 231.051 Solicitation of Candidates for the Counter Assault Team dated 6/9/21 (Attachment H) excluding dates. Attachment H doesn't clarify if you're eligible or ineligible for HTS announcements, only that you're obligated to Phase 2 for 6 years. The expectation as explained to me through my chain of command in Miami was that pursuing CAT was the most assured route to PPD.

After somehow passing CAT Selection then CAT Basic in 2015, I was assigned to CAT beginning 10/16/16, again with the understanding that Phase 2 would be for 6 years. My goal was to complete 3 years on CAT then transfer to PPD for the remaining 3 years as many of my colleagues have done before and will do after me. My plan was to then bid for a transfer to SOD/ASB if a position came available after I completed a total of 6 years in Phase 2.

After completing 2 years on CAT, I was advised by my chain of command in December of 2018 that I would most likely be transferred to VPD if I declared myself eligible for the next SARC. This was disappointing as I always intended to go to PPD as most agents do. This is in no way meant to disrespect VPD. Around this time I verbally requested through my chain of command to serve 1 year on PPD then 3 years on VPD. Like most agents, I aspired to serve on PPD for any length of time but also understood some of the potential additional experience that could be gained on VPD. My request for a modified 4 year plan was of course denied and at that point I decided to remain on CAT for 6 years to complete Phase 2.

In January of 2019, I was attending TAC Leadership School when I recognized Deputy Director (then DAD) Faron Paramore from a brutal 2013 Car Plane trip to New Delhi, India. Mr. Paramore recognized me as well and we began speaking. While speaking with Mr. Paramore I was introduced to then DAD (now retired) Leon Newsome. Mr. Newsome asked me if I was currently trying out for CAT or if I was already on. I advised Mr. Newsome that I'd been on CAT for just over two years at that time. Mr. Newsome then asked me if I intended to remain on CAT to which I answered that I did as I'd been informed that if I were to declare myself eligible to SARC I would end up on VPD. Mr. Newsome then responded that what I said was true as he was one of the decision makers who decided to place CAT Operators on VPD. I politely informed Mr. Newsome that attempting to direct CAT Operators to VPD would only result in more CAT Operators taking the same action I did which was to remain on CAT. Mr. Newsome, Mr. Paramore and I then had an informed discussion comparing and contrasting the operations of PPD and VPD. The conversation ended with Mr. Newsome asking me if I would be ok with individuals who were on CAT, who'd then gone to VPD, contact me about the benefits of going to VPD to which I of course agreed to.

Later in January of 2019, I was contacted by ATSAIC Adam Daniels regarding VPD. Mr. Daniels was very kind and extremely informative regarding the benefits of opting to go to VPD. After a few days to think it over I contacted Mr. Daniels and informed him that I would opt for VPD. I also made the humble and sincere request for him to please attempt to allow a fellow CAT Operator at the time go to PPD after 3



0477

Attachment A

years on CAT while I would volunteer for VPD. There were no guarantees given but it was my hope that I could at least help a friend though I'd be losing out on the opportunity to go to PPD myself.

In March of 2019, I arrived at PDT only to realize my friend wasn't assigned to PPD. As such, I lost all motivation to transfer to VPD and requested through my chain of command to remain on CAT. My request was granted.

On 10/3/19, a Hard to Staff announcement came out on official message making me eligible to bid for ASB (see Attachment I). Upon seeing this I immediately called my supervisor as ASB has been a goal of mine since getting hired. After getting instructions from my supervisor on how to bid I bid on ASB later that same day (see Attachment J).

Later in October, I was informed that I wasn't chosen for the HTS ASB announcement as I wasn't the best qualified candidate which was completely understandable. I was also encouraged through my chain of command to attempt to bid in the future which I intended to do as ASB was still a goal.

On 5/9/20, a JOA was announced for PPD (see Attachment K) and I was eligible after serving 4 years on CAT. The announcement clearly states that I'd be obligated for 4 years on PPD unless promoted though it doesn't clarify if I would then be eligible or ineligible for future HTS announcements. I initially requested a transfer within SOD from CAT to ASB (see Attachment L) but didn't qualify as the ASB announcement at that time was only for Phase 3. I'm confident that no one in my SOD chain of command believed I would become ineligible for HTS announcements by bidding on 4 & 4 JOAs because that policy is nowhere to be found. Had anyone been made aware of this I would have most certainly been advised as such and would have elected to remain on CAT in hopes for another HTS announcement for ASB. At that time, I reviewed the USSS Manual Section HUM-06(01) (Attachment M) which also didn't say I'd be declared ineligible by bidding on the PPD JOA Announcement. My interpretation of HUM-06(01) is that HTS announcements are unique and don't exclude anyone from qualifying based on their bid history. I then reviewed the requirements on the previous HTS announcement I bid on in October of 2019 (Attachment I) and confirmed the requirement of 3 years in Phase 2 with no mention of disqualification for electing for a 4&4 Phase 2 Career Track. Attachment I (HTS Announcement) reads as if all Phase 2 agents with 3 or more years in Phase 2 are eligible. Had either Attachments M (HUM-06(01)) or I (HTS Announcement) mentioned anything about losing eligibility on future HTS announcements there's no way I would have bid on the PPD JOA (Attachment K). I depended on the information in our manual and official announcements and feel I am being unfairly punished for doing so.

Based on the information available to me on 5/13/20, I bid on the PPD JOA (Attachment M). There's no indication what so ever in Attachments H (CAT Announcement) or K (PPD JOA) that clarifies HTS JOA eligibility but I've since been told that Attachment H (CAT Announcement) qualifies for HTS while Attachment K (PPD JOA) does not. Being that this isn't written I find this to be unintentionally misleading. On 5/13/20, I bid on the PPD JOA (see attachment M) with the belief that bidding wouldn't make me ineligible for future HTS JOAs (specifically for ASB).

From my understanding, a "4&4" option is for enabling personnel to leave the Washington D.C. area sooner than they otherwise would have on a 6 year option. An example would be if I desired to move back to Southern Georgia I could have served 4 years on CAT then transferred to the Carter detail for an additional 4 years making a total of 8 years in Phase 2. The additional 2 years would be a commitment for moving early and to a desired location.

Based on my research, nowhere in our manual or HTS announcements does it clarify that by opting for a "4&4" option one would be made ineligible for future HTS announcements. This is essentially penalizing individuals for doing more and I don't believe that was the intention of our leadership. As it stands now, though I have almost 5 years on Phase 2, I am ineligible for an HTS that requires 3 years on Phase 2 and would be no-cost to the government while there are individuals with less than 2 years on Phase 2 eligible for cost transfers away from Washington, D.C. I do not believe this was done on purpose but it is the current situation I'm faced with.

On 6/5/20, I was notified that I'd been selected for the PPD JOA (see attachment O). As with previous announcements, nowhere on Attachment O am I deemed ineligible for HTS JOAs.

EXHIBIT# D-10

PAGE 2 of 4

0478

On 7/9/21 a HTS announcement for ASB became available (see Attachment P). I immediately submitted my bid (see Attachment Q) in hopes to finally be chosen for ASB. As before, nowhere in Attachment P (HTS ASB Announcement) does it say I'm ineligible though I'm assigned to PPD for 4 years.

On 7/14/21, I called then received an email from WPL informing me that I'm ineligible for HTS JOA Announcements (see Attachment R). This was my first time being told this as it's on none of the previous JOAs and as stated above, I would have never bid on a 4&4 JOA had this been anywhere in writing. I politely disagreed with this assessment and my chain of command aimed to clarify all the way up to the Official Announcement released on 8/6/21 (Attachment B).

Upon further review, JOAs that I believe that I'm ineligible for clearly state so. Attachment S (Phase 3 Announcements) clearly states that to be eligible for Phase 3 Announcements, an employee in my situation must complete 8 years of Phase 2 before becoming eligible for those announcements. HTS has no such language for if it did, I most certainly wouldn't have bid on the PPD JOA on 5/13/20 and would have remained on CAT. Such language or lack thereof has led myself and others to misinterpret our policy.

I've since spoken to many supervisors and they've all agreed with me. One in particular started on CAT, transferred to PPD after 3 years, then spent 1 year on PPD before bidding and being chosen for an HTS to RTC (see attachment T). Before now, my understanding of the differences between serving 3 years on CAT then "SARCing" to PPD/VPD or 4 years on CAT then "JOAing" to PPD was 6 and 8 years. Nowhere does it say otherwise, yet now I'm being told that SARCing to PPD/VPD would have made me eligible while JOAing to PPD makes me ineligible. Again, that's nowhere to be found in writing and essentially penalizes me for serving more time on Phase 2. With decisions such as these being so career/life altering it's been necessitated that I refer to our manual for guidance and this Grievance Process for help.

I know how great of an organization we are. I wholeheartedly believe in our mission and our people. As an organization that deals with the threat and sometimes realization of death I feel a sense of guilt for requesting leadership to please consider this request but feel I'm left with few other options. Phase 2 is the most difficult Phase of the Special Agent Career Progression path outside of leadership positions. When I first interviewed for the USSS in 2007 Phase 2 was 3 years. When I interviewed again in 2009 Phase 2 was 4 years. When I got hired in 2011, Phase 2 was 5 years. As of now, Phase 2 is 6 years while I'm being required to serve 8. There are reasons a time limit is placed on Phase 2. While on CAT I traveled extensively while working an incredible amount of overtime both in and out of town. There were many occasions where I'd work day, evening and midnight shifts all in the same week. Since being on PPD I'm constantly traveling for various PPD missions while individuals who began Phase 2 shortly before, at the same time, or after me have moved on to, or are eligible for, different assignments. This has affected my home life. My wife is aware of enough of my co-workers with similar career status who have not been directed on a similar path. This has created tension that is specific to a few individuals including myself. Phase 2 is challenging. Requiring me to have a different set of guidelines which aren't all clarified in our manual or HTS JOA announcements is extremely difficult to accept.

I sincerely wish to transfer to Airspace for a new challenge. If this request is granted, I intend to work just as hard as I always have. The desire to transfer is based on the ability to contribute to our mission without much direct contact with Protectees or Staff while learning something new that I have an incredible amount of interest in. I am an extremely hard working employee (please see Attachment U). I'm not asking to leave D.C. though I've witnessed many former co-workers resign simply to avoid moving here. I'm not going AWOL and simply reporting to the out of town office of my choice, though I've seen it done. I'm not threatening to resign if I don't get my way because I love the USSS and will put my best effort into whatever I'm assigned to do. I'm simply asking to be treated like everyone else. There's nothing in writing that makes me ineligible for the HTS ASB announcement. If there were I wouldn't have wasted my time with this Grievance Process. Please transfer me to SOD/ASB as long as PPD and SOD allows for it. I simply want to abide by policy as it's currently written.

Thank you for your consideration.

Respectfully,
*Rashid M. Ellis*
Rashid Ellis
Special Agent
PPD

EXHIBIT# D-1u

PAGE 3 of 4

0479

Attachment A

Attachments

Attachment B: Official Message: 203.090 Selection for Coordinated GS-1811-11/12/13 Reassignment Opportunities – Summer 2021 dated 8/6/21

Attachment C: HUM-09(01)

Attachment D: HUM-09(02)

Attachment E: HUM-09(03)

Attachment F: HUM-09(04)

Attachment G: HUM-09(05)

Attachment H: Official Message 231.051 Solicitation of Candidates for the Counter Assault Team dated 6/9/21

Attachment I: Official Message 203.090 Hard to Staff (HTS) – Coordinated GS-1811-13 Reassignment Opportunities – Fall 2019 dated 10/3/19

Attachment J: ALERT: Your submission for Vacancy # HTS-SOD Airspace, SPECIAL AGENT/ASP, was received dated 10/3/19

Attachment K: Official Message 203.090 Coordinated GS-1811-13 Reassignment Opportunities – Spring 2020 dated 5/9/20

Attachment L: RE JOA Preferences dated 5/9-12/20

Attachment M: HUM-06(01)

Attachment N: ALERT: Your submission for Vacancy # Spr20-Ph2-01, SA PH2, was received dated 5/13/20

Attachment O: Official Message 203.090 Selection for Coordinated GS-1811-11/12/13 Reassignment Opportunities dated 6/5/20

Attachment P: Official Message 203.090 Hard to Staff (HTS) – Coordinated GS-1811-11/12/13 Reassignment Opportunities – Summer 2021 dated 7/9/21

Attachment Q: ALERT: Your submission for Vacancy # Sum21-HTS-01, SA HTS ASP 2ND PH2, was received dated 7/9/21

Attachment R: RE JOA Vacancy question dated 7/14/21

Attachment S: Official Message 203.090 Coordinated GS-1811-13 Reassignment Opportunities – Summer 2021 dated 7/9/21

Attachment T: HTS Eligibility dated 7/30/21

Attachment U: Summer JOA Bid_CAR 7.2021 – Ellis

EXHIBIT# D-1 u
PAGE 4 of 4