# Exhibit 2

1 September 2021

<u>Memorandum for Record</u>

**INCIDENT DATE:** August 31, 2021

**SUBJECT:** Duty to Report Information Disclosed by Employee

**BACKGROUND:** My staff and I have been in contact with Rashid Ellis regarding his informal grievance related to the application of policy. On August 30, 2021, Mr. Ellis emailed Branch Chief Alyssa Tate, cc'ing SAIC Lorie Lewis and myself, stating in part, "This situation is causing irreparable harm to my health and well-being so please forgive my insistence on getting it to who I feel is the right Official."

Being concerned but unaware of his condition, on August 31, 2021, I replied with information about the Employee Assistance Program (EAP), Reasonable Accommodation, and Safety and Health (SAF). I also informed him who his grievance official would be and followed up the email with a call to Mr. Ellis to explain our policy application as it relates to determining the grievance official.

**INCIDENT:** On August 31, 2021, when I call Mr. Ellis he immediately thanked me for being concerned with his health. I said that I wasn't aware of his condition but I wanted to give him resources that may be helpful and that we (the Performance Management and Employee Relations Division (PRF)) would do our best to resolve his grievance expeditiously. Mr. Ellis responded saying, "I'm an alcoholic; that's my condition." He went on to explain that he had never been a drinker but this situation with the non-selection for a reassignment had driven him to drink, be angry, and yell and fight with his family. I mentioned EAP. He said he was already working with EAP and that Keir Maxwell referred him to me. I said I believed he should work with SAF. He said he didn't want to do that. He gave a reason related to it (reporting to SAF) impacting his job, but I don't remember exactly what he said. I told him I had some concerns and said I thought SAF may allow him to get in a treatment program. He said that wasn't necessary. He said he drinks at night while playing video games but he doesn't drink within 10 hours of his shift. I continued to explain how I thought a treatment program could be helpful and how I'd seen other employees go through similar issues. Ultimately, we went on to discuss the grievance and the conversation about his medical condition ended there.

**ACTIONS TAKEN:** This incident is being reported to executive leadership for review and action.



DDWatson
Digitally signed by DDWatson
Date: 2021.09.01 06:07:21 -04'00'

Danielle Davis Watson, Chief PRF



EXHIBIT D-5a
1 of 1