# Exhibit 3

UNITED STATES GOVERNMENT
# MEMORANDUM
U.S. Secret Service

DATE: September 2, 2021

REPLY TO
ATTN OF: AD – OPO

SUBJECT: Administrative Leave

TO: Special Agent Rashid M. Ellis, PPD

This memo is to confirm that you have been placed on administrative leave with pay based on concerns regarding your use of alcohol. You will remain on administrative leave until such time as you are returned to duty or administrative action is proposed and effected removing you from a pay status.

While on administrative leave, you are to conduct no business, visit no Secret Service facility, and take no action in your official capacity, except to exercise your legal rights, unless otherwise directed to do so by the Office of Protective Operations, the Office of Professional Responsibility, the Office of Integrity, the Safety, Health, and Environmental Programs Division, or the Security Management Division.

You will remain available for business purposes during normal business hours, 9:00 a.m. and 5:30 p.m. You should call ATSAIC David Iosilevich, every Monday morning at 9:00 a.m. (EDT) at 646 942 6085 (cell) to confirm your availability and current contact information. If you have not already done so, you are encouraged to contact the Employee Assistance Program at (202) 406-5787 and/or the Ombudsman at (202) 406-5555. Should you wish to take annual or sick leave for personal matters during normal business hours, you must contact ATSAIC Iosilevich and obtain prior approval.

To the extent you have not already done so, you must turn in all Government-issued equipment, including but not limited to your weapon, badge, commission book, credentials, cellular phones, radios, laptop computers, keys, building access cards, and any office files or back-up (key drives/discs) computer files you have in your possession. You must make arrangements with ATSAIC Iosilevich to return any of the above-mentioned items.

If you have any questions concerning this notification, please contact ATSAIC Iosilevich.

For: Kimberly A. Cheatle

9/3/21
Date

Receipt Acknowledgment

EXHIBIT# B-1
PAGE 58 of 73

0201

bcc:   Office of Chief Counsel (Cannady)
       SMD (Mullen)

EXHIBIT# B-1
PAGE 59 of 73