# Exhibit 4

OMB No. 1610-0001 Expiration Date: 8/31/18

**DEPARTMENT OF HOMELAND SECURITY**
# INDIVIDUAL COMPLAINT OF EMPLOYMENT DISCRIMINATION
*(Use this form for original complaints and amendments.)*

**FOR OFFICIAL USE ONLY**
DEPARTMENT CASE NUMBER

FILING DATE

## PART I COMPLAINANT IDENTIFICATION

**1. NAME** (Last, First, Middle Initial)
Ellis, Rashid, M

**2. TELEPHONE/FAX** (Include Area Code)
Home: +1 [redacted]   Fax:
Work: +1 (305) 890-6654   Fax:

**3. HOME ADDRESS** (You must notify the Department of any change of address while complaint is pending, or your complaint may be dismissed.)
7967 Stevens Rd
Owings, MD 20736

**4. IF YOU ARE A CURRENT OR FORMER EMPLOYEE OF THE FEDERAL GOVERNMENT, LIST YOUR RECENT TITLE, SERIES, AND GRADE.**
Title: Special Agent
Series: GS
Grade: 13

**5. NAME AND ADDRESS OF ORGANIZATION WHERE YOU WORK** (If a Department of Homeland Security Employee)
Bureau or Component: United States Secret Service
Office and Organizational Unit: Presidential Protection Division
Street Address: 950 H Street NW
City: Washington   State: DC   Zip Code: 20223

**6. EMPLOYMENT STATUS IN RELATION TO THIS COMPLAINT**
[ ] Applicant  [ ] Probationary  [X] Career/Career Conditional
[ ] Uniformed Service Member
[ ] Former Employee/Member   Date Left Department:
[ ] Retired   Date of Retirement:
[ ] Other (Specify):

**7. I certify that all statements made in this complaint are true, complete, and correct to the best of my knowledge and belief.**
SIGNATURE OF COMPLAINANT OR ATTORNEY REPRESENTATIVE: *[signature]*
DATE: 10/26/2021

## PART II DESIGNATION OF REPRESENTATIVE

**8.** YOU MAY REPRESENT YOURSELF IN THIS COMPLAINT OR YOU MAY CHOOSE SOMEONE TO REPRESENT YOU. YOUR REPRESENTATIVE DOES NOT HAVE TO BE AN ATTORNEY. YOU MAY CHANGE YOUR DESIGNATION OF A REPRESENTATIVE AT A LATER DATE, BUT YOU MUST NOTIFY THE DEPARTMENT IMMEDIATELY IN WRITING OF ANY CHANGE, AND YOU MUST INCLUDE THE SAME INFORMATION REQUESTED IN THIS PART.

"I hereby designate (Please Print Name) _____ to serve as my representative during the course of this complaint. I understand that my representative is authorized to act on my behalf."

Is the representative an attorney?  [ ] YES  [ ] NO

**9. REPRESENTATIVE'S MAILING ADDRESS**
FIRM/ORGANIZATION:
STREET ADDRESS:
CITY, STATE, & ZIP CODE:

**10. REPRESENTATIVE'S EMPLOYER** (If Federal Agency)

**11. REPRESENTATIVE'S TELEPHONE/FAX** (Include Area Code)
Telephone:   Fax:

**12a. COMPLAINANT'S SIGNATURE**

**12b. DATE**

DHS Form 3090-1 (8/15)

0139


EXHIBIT A-1
1 of 5

Page 1 of 4

## PART III ALLEGED DISCRIMINATORY ACTIONS

**13. NAME OF PERSON OR DHS COMPONENT WHO TOOK THE ACTION AT ISSUE.**
Office of Human Resources; Cannady; Cowboy

ORGANIZATION
United States Secret Service

STREET ADDRESS
950 H Street NW

CITY, STATE, & ZIP CODE
Washington, D.C. 20223

**14. ARE YOU WILLING TO PARTICIPATE IN MEDIATION OR OTHER AVAILABLE TYPES OF ALTERNATIVE DISPUTE RESOLUTION TO RESOLVE YOUR COMPLAINT?**
[X] YES  [ ] NO

**15.**
A. Describe the action taken against you that you believe was discriminatory.
B. Give the date when the action occurred, and the name of each person responsible for the action.
C. Describe how you were treated differently from other employees, applicants, or members for any of the reasons listed in Item 16.
D. Indicate what harm, if any, came to you in your work situation as a result of this action. (You may, but are not required to, attach extra sheets.)
E. If the basis of your complaint is parental status or sexual orientation, use this form, but your complaint is not statutorily based and will follow separate, parallel process.

**16. Mark below ONLY the bases you believe were relied on to take the actions described in Item 15.**

[ ] RACE (Specify)
[X] COLOR (Specify)
[X] RELIGION (Specify)
[ ] NATIONAL ORIGIN (Specify)
[ ] SEX (Specify)
  [ ] Pregnancy  [ ] Gender Identity
[ ] AGE (Date of Birth)
[ ] PHYSICAL OR MENTAL DISABILITY (Describe)
[ ] RETALIATION/REPRISAL (Dates of Prior EEO Activity)
[ ] GENETIC INFORMATION
[ ] SEXUAL ORIENTATION
[ ] PARENTAL STATUS

**17. WHAT REMEDIAL OR CORRECTIVE ACTION ARE YOU SEEKING TO RESOLVE THIS MATTER**
Cleared Record; Reassignment to our Airspace Branch; Corrected Policy regarding Hard to Staff Job Announcements

**18. ON THIS SAME MATTER, HAVE YOU FILED A GRIEVANCE OR APPEAL UNDER:**

| | YES | NO |
|---|---|---|
| Negotiated grievance procedure | [ ] | [X] |
| Agency grievance procedure | [X] | [ ] |
| Merit Systems Protection Board appeal procedure | [ ] | [X] |

If you filed a grievance or appeal, provide date filed, case number, and present status.

## PART IV CONTACT

**EEO/EO Counseling is not required if you are requesting amendment of an existing, open complaint. Complete items 24 and 25, even if you did not contact a counselor.**

**19. DATE YOU CONTACTED AN EEO COUNSELOR**
09/20/2021

**20. NAME AND TELEPHONE NUMBER OF EEO COUNSELOR**
Name: Monica Garris   Phone:

**21. DID YOU DISCUSS ALL ACTIONS RAISED IN ITEM 15 WITH AN EEO COUNSELOR?** (If NO, explain on attached sheet)
[X] YES  [ ] NO

**22. DATE YOU RECEIVED YOUR "NOTICE OF RIGHT TO FILE"**
10/19/2021

**23. IF YOU ARE REQUESTING AMENDMENT OF AN EXISTING, OPEN, FORMAL COMPLAINT (OR PROVIDING ADDITIONAL EVIDENCE), INDICATE THE COMPLAINT CASE NUMBER OF THAT COMPLAINT.**

**24. DATE OF MOST RECENT DISCRIMINATORY EVENT**
09/03/2021

**25. DATE YOU FIRST BECAME AWARE OF THE ALLEGED DISCRIMINATION**
08/06/2021

DHS Form 3090-1 (8/15)   EXHIBIT# A-1   Page 2 of 4

PAGE 2 of 5

0140

OMB No. 1610-0001 Expiration Date: 8/31/18

## DEPARTMENT OF HOMELAND SECURITY

### DHS FORM 3090-1, INDIVIDUAL COMPLAINT OF EMPLOYMENT DISCRIMINATION FORM INSTRUCTIONS

(Read the following instructions carefully before you complete this form.)

(Please complete all items on the complaint form.)

**GENERAL:** This form should be used only if you, as an applicant for employment with the Department of Homeland Security (DHS), or as a present or former Department of Homeland Security employee:

1. believe you have been discriminated against because of your **race, color, religion, sex, national origin,** age (40 years or older at the time of the event giving rise to your claim), **physical or mental disability, genetic information** or in **reprisal** for opposition to activities protected by civil rights statutes, or participation in proceedings to enforce those statutes; **or**

2. believe you have been discriminated against because of your **parental status or sexual orientation.** Your claim is not covered under statutory basis, but will be processed under a parallel procedure, **and**

3. have presented the matter for informal resolution to an Equal Employment Opportunity (EEO) Counselor within **45 days** of the event giving rise to your claim, or within **45 days** of first becoming aware of the alleged discrimination. If you are amending or providing additional evidence to an existing open complaint, the form should be used, but EEO counseling is not required.

**IMPORTANT NOTE:** In certain situations, the information provided in Part III of the attached complaint form may be used in lieu of an affidavit in the investigation of your complaint. Accordingly, the information you provide in this part should be brief, clear, and complete.

**WHEN TO FILE:** In accordance with 29 CFR 1614.106, your formal complaint must be filed within **15 calendar days** of the date you received the "Notice of Right to File a Discrimination Complaint" from your EEO Counselor. You must sign and date your complaint. If you are represented **by an attorney**, the attorney may sign the complaint on your behalf.

These time limits may be extended:

1) if you show that you were not notified of the time limits and were not otherwise aware of them, **or**
2) if you were prevented by circumstances beyond your control from submitting the matter within the time limits, **or**
3) for other reasons considered sufficient by the Department.

**REPRESENTATION:** You may have a representative of your own choosing at all stages of the processing of your complaint. However, your representative will be disqualified if such representation would conflict with the official or collateral duties of the representative. No EEO Counselor, EEO Investigator or EEO Officer may serve as a representative. (Your representative need not be an attorney, but only an attorney representative may sign the complaint on your behalf.)

**WHERE TO FILE:** In accordance with 29 CFR 1614.106(c), your written complaint must be signed by you or your attorney. The complaint should be filed with the EEO Director of the Department of Homeland Security component where the alleged discrimination occurred. (Filing instructions are contained in the "Right to File" form, which was provided by your Counselor.) Keep a copy of the completed complaint form for your records.

DHS Form 3090-1 (8/15)

EXHIBIT# A-1

PAGE 3 of 5

Page 3 of 4

0141

## PRIVACY ACT STATEMENT

1. **FORM/TITLE/DATE:** Department of Homeland Security (DHS) DHS Form 3090-1, **Individual Complaint of Employment Discrimination** with the Department of Homeland Security.

2. **AUTHORITY:** 42 USC 2000e; 29 USC 633a; 5 USC 1303 and 1304; 5 CFR 5.2 and 5.3; 29 CFR 1614.105 and 1614.107; and Executive Order 11478, as amended.

3. **PRINCIPAL PURPOSES:** The purpose of this complaint form, whether recorded initially on the form or taken from a letter from the Complainant, is to record the filing of a formal written complaint of employment discrimination with the Department of Homeland Security on the grounds of race, color, religion, sex, national origin, age, physical or mental disability, protected genetic information, or retaliation. Information provided on this form will be used by DHS to determine whether the complaint was timely filed and whether the allegations in the complaint are within the purview of 29 CFR Part 1614, to provide a factual basis for investigation of the complaint, and to reach a decision on the complaint. It also records an amendment or additional evidence to an open, pending complaint.

4. **ROUTINE USES:** Other disclosures may be:
    a. to respond to a request form from a Member of Congress regarding the status of the complaint or appeal;
    b. to respond to a court subpoena and/or to refer to a district court in connection with a civil suit;
    c. to disclose information to authorized officials or personnel to adjudicate a complaint or appeal; or
    d. to disclose information to another Federal agency or to a court or third party in litigation when the Government is party to a suit before the court.

5. **WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY, AND EFFECT OF NOT PROVIDING INFORMATION:** Formal complaints of employment discrimination must be in writing, signed by the Complainant (or attorney representative), and must identify the parties and action or policy at issue. Failure to comply may result in the Department of Homeland Security dismissing the complaint. It is not mandatory that this form be used to provide the requested information.

## OMB STATEMENT

In accordance with the Paperwork Reduction Act, no persons are required to respond to a collection of information unless it displays a valid OMB Control Number. The valid OMB Control Number for this information collection is 1610-0001. The time required to complete this information collection is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

## Statement of Claims

- I am a member of the following protected categories; (assigned) black, dark-skin colored, Islamic sounding name.
- Due to my assigned race, skin color, and ethnic/religious sounding name, I have experienced two adverse personnel actions between August 6th, 2021 and September 3rd, 2021.
- I am aware of other similarly situated (self-described) White employees who have been treated differently than me.
- The harm I suffered was a loss of a qualified position and unjust administrative leave. In addition, the adverse personnel actions caused me to feel humiliated, excluded, and harassed and have contributed to my hostile work environment.

### Adverse personnel action #1

- On August 6th, 2021, I was disqualified and as a result not selected for a hard to staff job opportunity announcement (JOA).
- I believe I was the best qualified candidate for this JOA based on the fact that I was the #1 Selection.
- Language in our policy manual and this JOA announcement indicated that I was eligible.
- The individuals selected over me were less qualified.
- This action contributed to my hostile work environment.
- The responsible management officials (RMOs) were Elizabeth Lewis, Andrew Cannady, Tom Hamann and Susan Yarwood.

### Adverse personnel action #2

- On September 3rd, 2021, I received a Formal Memo and was placed on Administrative Leave without being afforded my right to due process in accordance with the USSS Table of Penalties as none of the Table of Penalties were violated or applied to my situation.
- Table of Penalties reference #s 4.6, 4.7, 5.2 or 5.3 didn't apply to me and I was never afforded due process to prove so.
- The allegations made against me were false and without any merit.
- I have knowledge of several other similarly situated White employees who were afforded due process in accordance with the USSS Table of Penalties.
- This action contributed to my hostile work environment.
- The responsible management officials (RMOs) were Andrew Cannady, Elizabeth Lewis, Susan Yarwood and possibly others.