# Exhibit 6



U.S. Department of Homeland Security
UNITED STATES SECRET SERVICE

Washington, D.C. 20223
April 12, 2022

Mr. Rashid Ellis
7967 Stevens Road
Owings, MD 20736

> Complaint of Rashid Ellis v. Alejandro N. Mayorkas
> Secretary, Department of Homeland Security
> DHS Case Number: **HS-USSS-02091-2021**

**Subject: AMENDED - Notice of Acceptance**

Dear Mr. Ellis:

This correspondence provides written notification of your rights and responsibilities in accordance with Title VII of the Civil Rights Act of 1964 and the Equal Employment Opportunity Commission (EEOC) regulations at 29 Code of Federal Regulations (C.F.R.) Part 1614, as well as the timelines set forth for the processing of your formal discrimination complaint.

You originally contacted the Equity, Diversity, and Inclusion (EDI) Program on September 20, 2021, via email and initiated a pre-complaint with this office on the same date. An Equal Employment Opportunity (EEO) counselor was assigned to address your pre-complaint with management and the EEO counselor conducted an initial interview with you on September 29, 2021. All attempts to resolve the matter during the pre-complaint process were unsuccessful. Therefore, a Notice of Right to File a Formal Complaint of Discrimination was e-mailed to you on October 19, 2021 and was received by you on October 19, 2021. Your formal complaint is considered filed on October 27, 2021, the date it was electronically submitted by you to the EDI Program.

**Accepted Claim**

Based on a review of your enclosed formal complaint, the enclosed EEO Counselor's Report, and in accordance with the EEOC's regulations at 29 C.F.R. Part 1614, the following claim has been accepted for investigation:

1. Whether Complainant, Rashid Ellis, Special Agent, GS-181-13, Presidential Protection Division (PPD), was subjected to a discriminatory hostile work environment based on his race (black), color (dark skin), religion (perceived Islamic), and retaliation/reprisal (prior EEO activity 10/27/2021) when he alleges that:

   a) On March 3, 2022, he was made aware of his non-selection for Job Opportunity 22039, to the Assistant to the Special Agent in Charge, Talent and Employment Acquisition position GS-14, in the Office of Human Resources.



**EXHIBIT**
C-3a
1 of 5

2

b) On February 23, 2022, he was made aware of false statements that were contained in the "Memorandum of Record" authored by Danielle Davis Watson, GS-0203-15, Human Resources Officer. He alleges those false statements were the catalyst for him being placed on administrative leave on September 3, 2021 and that after reporting these false statements to the Inspection Division no action was taken.

c) On September 3, 2021, Assistant to the Special Agent in Charge (ATSAIC) David Iosilevich, GS-1811-14, PPD, advised him that a protectee had filed a complaint and asked him to write a memo about the incident.

d) On September 3, 2021, ATSAIC, David Iosilevich, GS-1811-14, PPD, issued him an administrative leave memorandum.

e) On August 6, 2021, he became aware of his non-selection for Job Opportunity Announcement Sum21-HTS-01, SA HTS ASP 2ND PH2.

If you believe the accepted claim in this complaint has not been correctly identified, please notify me in writing within 5 calendar days after you receive this letter and specify why you believe the claim has not been correctly identified. Any statement submitted in this regard will be placed in the complaint file. If you fail to contact me within 5 calendar days, I will conclude that the claim has been correctly identified.

## Investigative Process

Your complaint will be assigned to an investigator for investigation of the accepted claim. Once assigned, you will be informed of the investigator's identity and when the investigation is expected to begin. During the investigative process, you will be provided the opportunity to bring forth background information, assert your arguments, and to provide examples of incidents you believe substantiate your claim of discrimination.

The investigation must be completed within 180 calendar days of the filing of your complaint, unless you agree in writing to extend the period for up to an additional 90 calendar days. In accordance with 29 C.F.R. § 1614.108(e), the United States Secret Service (Agency) may unilaterally extend the 180-day time period, or any period of extension, for not more than 30 calendar days when it must sanitize a complaint file that contains classified information. If the need for an extension to sanitize the complaint file should arise, you will be informed of the extension.

You may amend your complaint at any time prior to the conclusion of the investigation to include claims like or related to those raised in your formal complaint. Any amendment must be

EXHIBIT# C-3a

PAGE 2 of 5

3

submitted, in writing, to my attention for a determination of whether the new claim(s) warrant(s) inclusion in the pending formal complaint or processing as a new complaint. If a determination is made that the new claim is like or related to those raised in your formal complaint, your complaint will be amended and the Agency is required to conduct an investigation within the earlier of 180 calendar days after the last amendment of the complaint or 360 calendar days after the filing of the original complaint. If a determination is made that the new claim(s) is/are not like or related to those raised in your formal complaint, the new claim(s) will be referred to an EEO counselor and will be subject to all regulatory requirements regarding the EEO complaint process.

In cases where complaints are consolidated, the Agency is required to conduct an investigation within 180 calendar days after the filing of the last complaint or 360 calendar days after the filing of the original complaint whichever comes first. However, you may request a hearing from an EEOC administrative judge on the consolidated complaint any time after 180 calendar days from the date of the filing of the original complaint, even if the investigation has not been completed.

After completion of the investigation and if the case has not been settled, this office will provide you with a copy of the report of investigation and an election notice. The election notice will inform you that, within 30 calendar days from your receipt of the election notice, you have the right to: 1) request a hearing before an EEOC administrative judge, who will issue a decision on your complaint, subject to final action by this Agency; or 2) request that a final agency decision be issued by the Agency on the merits of your complaint based on the record as it stands. You may also request a hearing from an EEOC administrative judge at any time after 180 calendar days have elapsed since the filing of your complaint if the investigation has not been completed.

### Hearing Process

Should you opt to request a hearing, the request for a hearing should be sent directly to:
Washington Field Office

Equal Employment Opportunity Commission
131 M Street, NE, Fourth Floor
Room 4NW02F
Washington, DC 20507

In accordance with 29 C.F.R. § 1614.108(h), you must also send a copy of your request for a hearing to the Agency. Submit a copy of your hearing request to the Agency at the following address: Equity, Diversity, and Inclusion Program, (EDI), Communications Center, P.O. Box 6500, Springfield, Virginia 22150. After requesting a hearing, you have the right to file a motion with the EEOC administrative judge to amend your complaint to include claims like or related to those raised in your complaint.

If you fail to request an EEOC hearing or to ask for a final agency decision within 30 calendar days after you receive the report of investigation, the processing of your complaint will proceed

EXHIBIT# C-3a
PAGE 3 of 5

0312

4

and the Agency will issue a final agency decision on the merits of your complaint based on the record as it stands.

**Appeal Process**

If you are dissatisfied with the final agency decision/action (with or without a hearing), you may file a notice of appeal. You should use EEOC Form 573, Notice of Appeal/Petition, and indicate what is being appealed. Mail your appeal to:

Equal Employment Opportunity Commission (EEOC)
Office of Federal Operations (OFO)
P.O. Box 77960
Washington, DC 20013

In addition, your appeal may be hand-delivered to:

Robert J. Barnhart, Director,
Compliance and Control Division
Office of Federal Operations
U.S. Equal Employment Opportunity Commission
One NOMA Station, 131 M Street, NE, Suite 5SW12G
Washington, DC 20507-0004

You may also fax your appeal (and the supporting brief if less than 10 pages) to:

Voice number 202-663-4599
Fax number 202-663-7022
TTY Number 202-663-4593

Your appeal must be filed within <u>30 calendar days</u> after receiving the final agency decision/action. Any brief or statement in support of the appeal should be sent to OFO, with a copy sent to my attention, within <u>30 calendar days</u> after filing the notice of appeal. In or attached to the appeal to the EEOC, you must certify that a copy of the appeal was served on the Director, Equity, Diversity, and Inclusion Program; the date; and method of service.

Instead of appealing to the EEOC, you may file a civil action in the proper U.S. District Court within <u>90 calendar days</u> after receiving the final agency decision/action or, if the Agency has not issued a final decision on this complaint, after <u>180 calendar days</u> from the date the formal complaint was filed. If you file a civil action under Title VII of the Civil Rights Act of 1964, as amended, or the Rehabilitation Act of 1973, as amended, and you do not have, or are unable to obtain the services of an attorney, you may request the court to appoint an attorney to represent you. In such circumstances as the court may deem just, the court may appoint an attorney and may authorize the commencement of the action without the payment of fees, costs, or security.

EXHIBIT# _C-3a_
PAGE _4_ of _5_

5

Any such request must be made within the above referenced 90-day time limit for filing a civil action and in such form and manner as the court may require.

You are further notified that if a civil action is filed by you, you must name the appropriate Department head or Agency head as the defendant and provide his or her official title. DO NOT NAME JUST THE AGENCY OR DEPARTMENT. Failure to name the Department head or Agency head or to state his or her official title may result in the dismissal of your case. **The head of the Department of Homeland Security is Alejandro N. Mayorkas, Secretary, Department of Homeland Security.**

If you decide to appeal to the EEOC, OFO, you will still have an opportunity to file a civil action in U.S. District Court within 90 calendar days after receiving the EEOC final decision, or 180 calendar days after the date of filing the appeal with the EEOC if there has been no final decision issued by the EEOC.

Ms. Leslie S. Byrd, Formal Complaints Program Manager, is the point of contact in case you have any questions or concerns regarding the processing of your discrimination complaint. She may be reached at 202-263-9292.

Sincerely,

*Leslie S. Byrd*

*for*Cleveland R. Williams, Acting EEO Director
Equity, Diversity, and Inclusion Program

Enclosures: (1) Formal Complaint of Discrimination
(2) EEO Counselor's Report

EXHIBIT# _C-3a_
PAGE _5_ of _5_