UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RASHID ELLIS,

     Plaintiff,

    v.                                                    Civil Action No. 24-0977 (EGS)

ALEJANDRO N. MAYORKAS, Secretary,
U.S. Department of Homeland Security,

    Defendant.

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's Motion to Dismiss, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED, and it is further

ODERED that Plaintiff's Complaint is dismissed with prejudice.

SO ORDERED:

_____
Date

_____
EMMET G. SULLIVAN
United States District Judge